UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SAMANTHA FRANCESCUTTI,

    Plaintiff,                                  CASE NO.:   8:17-cv-334-SDM-AEP

v.

ASPEN NATIONAL FINANCIAL,
INC., d/b/a ASPEN NATIONAL
COLLECTIONS,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

**COMES NOW**, Plaintiff, **SAMANTHA FRANCESCUTTI** ("Ms. Francescutti"), by and through the undersigned counsel, and hereby submits this Notice of Pending Settlement pursuant to Local Rule 3.08 (a) and states that Ms. Francescutti and Defendant, **ASPEN NATIONAL FINANCIAL, INC., d/b/a ASPEN NATIONAL COLLECTIONS**, have reached settlement with regard to the instant case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon finalization of the same, Ms. Francescutti will immediately file the appropriate dismissal documents with the Court.

Respectfully submitted on this **27** day of **June, 2017**,

                                                */s/  Kaelyn Steinkraus*
                                              Kaelyn Steinkraus, Esq.
                                              Florida Bar No. 125132
                                              Michael A. Ziegler, Esq.
                                              Florida Bar No. 74864
                                              Law Office of Michael A. Ziegler, P.L.
                                              13575 58th Street North, Suite 129
                                              Clearwater, FL 33760
                                              (p)  (727) 538-4188
                                              (f)  (727) 362-4778
                                              kaelyn@zieglerlawoffice.com
                                              mike@zieglerlawoffice.com
                                              Attorneys and Trial Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this **27** day of **June, 2017**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel for Defendants.

*/s/ Kaelyn Steinkraus*
Kaelyn Steinkraus, Esq.
Florida Bar No. 125132