UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SAMANTHA FRANCESCUTTI,

    Plaintiff,                            CASE NO.:   8:17-cv-334-SDM-AEP

v.

ASPEN NATIONAL FINANCIAL,
INC., d/b/a ASPEN NATIONAL
COLLECTIONS,

    Defendant.
_____/

**STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**COME NOW**, Plaintiff, **SAMANTHA FRANCESCUTTI** ("Plaintiff"), and Defendant, **ASPEN NATIONAL FINANCIAL, INC d/b/a ASPEN NATIONAL COLLECTIONS** ("Defendants"), by and through the undersigned counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41 and agree that all matters alleged by Plaintiff in this action have been compromised and settled, and that Plaintiff's cause against Defendants should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

[REMAINDER OF PAGE IS INTENTIONALLY LEFT BLANK]

Respectfully submitted this **July 10, 2017**,

| | |
|---|---|
| /s/  Kaelyn Steinkraus_____ | /s/ *Christopher P. Hahn*_____ |
| Kaelyn Steinkraus, Esq. | Christopher P. Hahn, Esq. |
| Florida Bar No. 125132 | Florida Bar No. 87577 |
| Michael A. Ziegler, Esq. | Maurice Wutscher, LLP |
| Florida Bar No. 74864 | 110 E. Broward Blvd., Ste. 1700 |
| Law Office of Michael A. Ziegler, P.L. | Fort Lauderdale, FL 33301-3500 |
| 13575 58th Street North, Ste. 129 | (p) (772) 237-3410 |
| Clearwater, FL 33760 | (f)  (866) 581-9302 |
| (p)  (727) 538-4188 | chahn@MauriceWutscher.com |
| (f)  (727) 362-4778 | Attorney for Defendant Aspen National |
| mike@zieglerlawoffice.com | Financial Inc. d/b/a Aspen National |
| kaelyn@zieglerlawoffice.com | Collections |
| Attorneys and Trial Counsel for Plaintiff | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this **10** day of **July, 2017**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

>  /s/  Kaelyn Steinkraus
>  Kaelyn Steinkraus, Esq.
>  Florida Bar No. 125132