UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SAMANTHA FRANCESCUTTI,

    Plaintiff,

v.                                        CASE NO. 8:17-cv-334-T-23AEP

ASPEN NATIONAL
FINANCIAL, INC.,

    Defendant.
_____/

**ORDER**

In accord with the parties' stipulation (Doc. 26), the action is **DISMISSED WITH PREJUDICE**.

ORDERED in Tampa, Florida, on July 11, 2017.

                                                              STEVEN D. MERRYDAY
                                                              UNITED STATES DISTRICT JUDGE